**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

BILL A. CORBIN,

    Plaintiff,

vs.                                CASE NO. 5:05cv193/RS-EMT

SUPREME COURT OF FLORIDA,
et al,

    Defendants.
_____/

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation (Document 22) and Plaintiff's Objections to Report and Recommendation (Document 23). I have reviewed *de novo* the issues raised by Plaintiff's objections.

IT IS ORDERED:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.
2. This action is dismissed because of lack of jurisdiction.
3. The clerk is directed to close the file.

ORDERED on June 21, 2006

                                      **/S/RICHARD SMOAK**
                                      RICHARD SMOAK
                                      UNITED STATES DISTRICT JUDGE